**Below is the Order of the Court.**

_____
**Christopher M. Alston
U.S. Bankruptcy Judge**
(Dated as of Entered on Docket date above)

Judge Christopher M. Alston
Chapter 7

# UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF WASHINGTON AT SEATTLE

| | |
|---|---|
| **In Re:** | No. 18-12338-CMA |
| **BORDERLINX, INC.** | *EX PARTE* ORDER AUTHORIZING EMPLOYMENT OF ACCOUNTANTS FOR THE TRUSTEE |
| **Debtor(s).** | |

THIS MATTER, having come on for hearing *ex parte* before Judge Christopher M. Alston, and it appearing that no notice of hearing is required to be given and that no adverse interest or conflict of interest exists and that the employment of Kent Hansen and Quackenbush, Hansen & Cogar, PLLC as accountants for the trustee is in the best interest of the estate and this case is one justifying employment of Kent Hansen and Quackenbush, Hansen & Cogar, PLLC under a general retainer, it is hereby

ORDERED that the Trustee should be and hereby is authorized to employ Kent Hansen and Quackenbush, Hansen & Cogar, PLLC as accountants for the Trustee in the matter described above and under the terms and conditions more fully set forth in the Trustee's *ex parte*

ORDER AUTHORIZING THE EMPLOYMENT OF
QUACKENBUSH, HANSEN & COGAR, PLLC
AS ACCOUNTANTS FOR THE ESTATE - Page 1

Wood & Jones, P.S.
303 N. 67th Street
Seattle WA 98103
(206) 623-4382

application as of the date this application and order are submitted to the office of the United States Trustee, with all compensation subject to Court order upon notice to creditors and a hearing.

///   **End of Order ///**

Presented by:

*/s/    Edmund Wood*
Edmund Wood, WSBA #03695
Chapter 7 Trustee

Quackenbush - Order to Hire

ORDER AUTHORIZING THE EMPLOYMENT OF
QUACKENBUSH, HANSEN & COGAR, PLLC
AS ACCOUNTANTS FOR THE ESTATE - Page 2

**Wood & Jones, P.S.**
303 N. 67th Street
Seattle WA 98103
(206) 623-4382