# UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF WASHINGTON AT SEATTLE

| | |
|---|---|
| **In Re:** | **No. 18-12338-CMA** |
| **BORDERLINX, INC.** | |
| Debtor(s). | **ORDER AUTHORIZING TRUSTEE TO EMPLOY FOSTER PEPPER PLLC NUNC PRO TUNC TO JUNE 22, 2018** |

This matter, having come on for hearing before the Court upon the trustee's application to employ Deborah Crabbe and Foster Pepper PLLC as Attorney for Trustee nunc pro tunc to June 22, 2018 for the above-captioned bankruptcy estate, and it appearing that such employment is necessary and would be in the best interest of the estate, it is hereby

ORDERED that Edmund J. Wood, the chapter 7 trustee herein, is authorized to employ Deborah Crabbe and Foster Pepper PLLC pursuant to 11 U.S.C. § 327 & §330 on the terms and conditions more fully set forth in the trustee's application as of the date this application and

ORDER AUTHORIZING EMPLOYMENT OF DEBORHA CRABBE
AND FOSTER PEPPER PLLC AS ATTORNEY FOR TRUSTEE

Page 1

**Wood & Jones, P.S.**
303 N. 67th Street
Seattle WA 98103
(206) 623-4382

Case 18-12338-CMA    Doc 24    Filed 07/23/18    Ent. 07/23/18 14:02:02    Pg. 1 of 2

order are submitted to the office of the United States Trustee, with all compensation subject to Court approval after notice and a hearing; and it is further

ORDERED that Foster Pepper and Deborah A. Crabbe are hired nunc pro tunc to June 22, 2018.

**/// End of Order ///**

Presented by:

*/s/ Edmund Wood*
Edmund J. Wood, WSBA # 03695
Chapter 7 Trustee

18-12338 Borderlinx Inc - Crabbe - Order to Hire.doc

ORDER AUTHORIZING EMPLOYMENT OF DEBORHA CRABBE
AND FOSTER PEPPER PLLC AS ATTORNEY FOR TRUSTEE

Page 2

**Wood & Jones, P.S.**
303 N. 67th Street
Seattle WA 98103
(206) 623-4382