UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

In Re:

BORDERLINX, INC.

Debtor.

Case No. 18-12338-CMA

**ORDER AUTHORIZING TRUSTEE TO PAY PINNACLE EMPLOYEE SERVICES**

This matter came on for hearing before the Court upon the application of Trustee Edmund J. Wood (the "Trustee") to pay Pinnacle Employee Services the sum of $6,045.16 for trust fund taxes owed by the debtor Borderlinx, Inc. ('Debtor"). The Court considered the motion, the Declaration of Edmund J. Wood in support and exhibits thereto and the pleadings and files herein; now, therefore, it is hereby

ORDERED that the Trustee, is authorized to pay to Pinnacle Employee Services the sum of $6,045.16 from funds of the Debtor in the Trustee's possession.

/// End of Order ///

ORDER

Page 1

FOSTER PEPPER PLLC
1111 THIRD AVENUE, SUITE 3000
SEATTLE, WASHINGTON 98101-3292
PHONE (206) 447-4400 FAX (206) 447-9700

Presented by:

**FOSTER PEPPER PLLC**

/s/ Deborah A. Crabbe
_____
Deborah A. Crabbe, WSBA #22263
Andrew Morton, WSBA #49467
Attorneys for Trustee Edmund J. Wood

FOSTER PEPPER PLLC
1111 THIRD AVENUE, SUITE 3000
SEATTLE, WASHINGTON 98101-3292
PHONE (206) 447-4400  FAX (206) 447-9700