**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF WASHINGTON**
**SEATTLE DIVISION**

| | | |
|---|---|---|
| In re: | § | Case No. 18-12338-CMA |
| | § | |
| BORDERLINX, INC. | § | |
| | § | |
| | § | |
| | § | |
| Debtor(s) | § | |

**CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION REPORT**
**CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED**
**AND APPLICATION TO BE DISCHARGED (TDR)**

Edmund Wood, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1)      All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report.  The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law.  The trustee hereby requests to be discharged from further duties as a trustee.

2)      A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | | | |
|---|---|---|---|
| Assets Abandoned: *(without deducting any secured claims)* | $394,507.10 | Assets Exempt: | NA |
| Total Distributions to Claimants: | $726,525.70 | Claims Discharged Without Payment: | NA |
| Total Expenses of Administration: | $164,874.93 | | |

3)      Total gross receipts of $891,375.63  (see **Exhibit 1**), minus funds paid to the debtor(s) and third parties of $0.00 (see **Exhibit 2),** yielded net receipts of $891,375.63 from the liquidation of the property of the estate, which was distributed as follows:

UST Form 101-7-TDR (10/1/2010)

| | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| Secured Claims (from **Exhibit 3**) | $0.00 | $0.00 | $0.00 | $0.00 |
| Priority Claims: | | | | |
| Chapter 7 Admin. Fees and Charges (from **Exhibit 4**) | NA | $164,849.93 | $164,849.93 | $164,874.93 |
| Prior Chapter Admin. Fees and Charges (from **Exhibit 5**) | NA | $0.00 | $0.00 | $0.00 |
| Priority Unsecured Claims (From **Exhibit 6**) | $2,256.03 | $12,176.07 | $12,377.51 | $12,377.51 |
| General Unsecured Claims (from **Exhibit 7**) | $2,677,466.31 | $3,496,366.43 | $3,397,525.88 | $712,630.94 |
| **Total Disbursements** | $2,679,722.34 | $3,674,568.39 | $3,575,929.28 | $891,400.63 |

4).  This case was originally filed under chapter 7 on June 13, 2018.  The case was pending for 39 months.

5).  All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6).  An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**.  The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 09/27/2021                    By:   /s/ Edmund Wood
                                                          Trustee

STATEMENT:  This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

UST Form 101-7-TDR (10/1/2010)

### EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE | AMOUNT RECEIVED |
|---|---|---|
| Bank of the West x5103 | 1129-000 | $42,466.28 |
| Bank of the West x5295 | 1129-000 | $67.70 |
| Bank of the West x7099 | 1129-000 | $3,202.48 |
| Bank of the West x7347 | 1129-000 | $297,833.13 |
| PayPal Account | 1129-000 | $1,493.99 |
| Prepayments and deposits | 1129-000 | $1,571.67 |
| A/R Beyond Yoga | 1221-000 | $2,759.23 |
| A/R Christie's International | 1221-000 | $9,372.36 |
| A/R Eloquii Design Inc | 1221-000 | $154,648.87 |
| A/R Zulily | 1221-000 | $268,905.75 |
| Propel Insurance - premium refund (prepetition payment) | 1229-000 | $668.00 |
| Remnant Sale to Oak Point Partners | 1229-000 | $5,000.00 |
| Claim v DHL Supply Chain | 1249-000 | $103,386.17 |
| **TOTAL GROSS RECEIPTS** | | $891,375.63 |

The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

### EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES
NONE


### EXHIBIT 3 – SECURED CLAIMS
NONE


### EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| compensation, Trustee | 2100-000 | NA | $47,818.78 | $47,818.78 | $47,818.78 |
| expenses, Trustee | 2200-000 | NA | $242.44 | $242.44 | $242.44 |
| International Sureties, Ltd | 2300-000 | NA | $224.72 | $224.72 | $224.72 |
| First Sound Bank | 2600-000 | NA | $12,814.47 | $12,814.47 | $12,839.47 |
| United States Treasury | 2990-000 | NA | ($341.29) | ($341.29) | ($341.29) |
| fees, Attorney for Trustee | 3210-000 | NA | $48,332.50 | $48,332.50 | $48,332.50 |
| expenses, Attorney for Trustee | 3220-000 | NA | $246.15 | $246.15 | $246.15 |
| fees, Accountant for Trustee | 3410-000 | NA | $12,179.75 | $12,179.75 | $12,179.75 |
| costs, Accountant for | 3420-000 | NA | $215.19 | $215.19 | $215.19 |

| | | | | | | |
|---|---|---|---|---|---|---|
| Trustee | | | | | | |
| James G Murphy - Commissions, Auctioneer for Trustee | 3610-000 | NA | $10,338.62 | $10,338.62 | $10,338.62 | |
| James G. Murphy - Auction Expenses, Auctioneer for Trustee | 3620-000 | NA | $32,778.60 | $32,778.60 | $32,778.60 | |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | NA | $164,849.93 | $164,849.93 | $164,874.93 | |

## EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES
NONE

## EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NUMBER | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 19 | Pinnacle | 5800-000 | $0.00 | $6,045.16 | $6,045.16 | $6,045.16 |
| 2p | WA ST Employment Security Department | 5800-000 | $0.00 | $6,130.91 | $6,332.35 | $6,332.35 |
| | Pinnacle Employee Services | 5800-000 | $0.00 | $1,517.25 | $1,517.25 | $1,517.25 |
| | Employment Security Dept | 5800-000 | $2,256.03 | $0.00 | $0.00 | $0.00 |
| **TOTAL PRIORITY UNSECURED CLAIMS** | | | $2,256.03 | $13,693.32 | $13,894.76 | $13,894.76 |

## EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NUMBER | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1u | Pinnacle | 7100-000 | $0.00 | $8,437.00 | $8,437.00 | $1,822.47 |
| 2x | WA ST Employment Security Department | 7300-000 | $0.00 | $201.44 | $0.00 | $0.00 |
| 3 | Ivy Rayner | 7100-000 | $0.00 | $725.00 | $725.00 | $0.00 |
| | CLERK, U.S. BANKRUPTCY COURT (Claim No. 3; Ivy Rayner) | 7100-001 | $0.00 | $0.00 | $0.00 | $156.61 |
| 4 | Unique Vintage Inc. | 7100-000 | $0.00 | $2,500.00 | $2,500.00 | $540.02 |
| 5 | APC Postal Logistics, LLC | 7100-000 | $243,262.00 | $445,069.50 | $445,069.50 | $96,138.88 |
| 6 | Sebastian Di | 7100-000 | $0.00 | $554.41 | $341.19 | $73.70 |

**UST Form 101-7-TDR (10/1/2010)**

| | | | | | | |
|---|---|---|---|---|---|---|
| | Mateo | | | | | |
| 7 | DHL | 7100-000 | $1,173,423.01 | $1,390,921.97 | $1,376,461.20 | $297,327.57 |
| 8 | Marc Jacobs International, LLC | 7100-000 | $354,162.00 | $841,736.58 | $767,416.58 | $144,504.49 |
| 9 | Exel, Inc. dba DHL Supply Chain (USA) | 7100-000 | $0.00 | $550,725.28 | $550,725.28 | $118,961.44 |
| 10 | ThredUp Inc. | 7100-000 | $286,170.00 | $245,850.13 | $245,850.13 | $53,105.76 |
| 11 | Zulily LLC | 7100-000 | $31,969.00 | $9,645.12 | $0.00 | $0.00 |
| | APC Logistics | 7100-000 | $21,645.00 | $0.00 | $0.00 | $0.00 |
| | BCG | 7100-000 | $0.00 | $0.00 | $0.00 | $0.00 |
| | City of Seattle | 7100-000 | $150.00 | $0.00 | $0.00 | $0.00 |
| | DHL | 7100-000 | $0.00 | $0.00 | $0.00 | $0.00 |
| | DHL | 7100-000 | $14,180.30 | $0.00 | $0.00 | $0.00 |
| | Exel Inc. dbs DHL Supply Chain | 7100-000 | $467,591.00 | $0.00 | $0.00 | $0.00 |
| | Nasdaq | 7100-000 | $475.00 | $0.00 | $0.00 | $0.00 |
| | New York State Insurance Fund | 7100-000 | $355.00 | $0.00 | $0.00 | $0.00 |
| | PacSafe | 7100-000 | $83,246.00 | $0.00 | $0.00 | $0.00 |
| | Pinnacle | 7100-000 | $0.00 | $0.00 | $0.00 | $0.00 |
| | Rakuten Marketing | 7100-000 | $838.00 | $0.00 | $0.00 | $0.00 |
| **TOTAL GENERAL UNSECURED CLAIMS** | | | $2,677,466.31 | $3,496,366.43 | $3,397,525.88 | $712,630.94 |

**UST Form 101-7-TDR (10/1/2010)**

# FORM 1
## INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT
## ASSET CASES

| | |
|---|---|
| **Case No.:** | 18-12338-CMA |
| **Case Name:** | BORDERLINX, INC. |
| **For the Period Ending:** | 9/27/2021 |

| | |
|---|---|
| **Trustee Name:** | Edmund J. Wood |
| **Date Filed (f) or Converted (c):** | 06/13/2018 (f) |
| **§341(a) Meeting Date:** | 07/12/2018 |
| **Claims Bar Date:** | 09/17/2018 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| **Asset Description (Scheduled and Unscheduled (u) Property)** | **Petition/ Unscheduled Value** | **Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs)** | **Property Abandoned OA =§ 554(a) abandon.** | **Sales/Funds Received by the Estate** | **Asset Fully Administered (FA)/ Gross Value of Remaining Assets** |
| **Ref. #** | | | | | |
| 1   Bank of the West Checking | $105,663.76 | $0.00 | | $0.00 | FA |
| **Asset Notes:**   6.20.18 - see assets #7-10; asset is not fully administered because there are funds in each of the accounts as listed.  The amount of funds recovered by trustee from the individual accounts is more than the scheduled value of asset #1. | | | | | |
| 2   PayPal Account | $6,000.00 | $6,000.00 | | $1,493.99 | FA |
| 3   Prepayments and deposits | $8,519.00 | $8,519.00 | | $1,571.67 | FA |
| 4   Accounts receivable 90 days old or less (see assets 11-26) | $107,869.96 | $107,869.96 | | $0.00 | FA |
| **Asset Notes:**   debtor scheduled as $1,020,184.48; then debtor updated to itemize individual account amounts ( see assets 11-26 ).  The value of those assets has been deducted from the $1,020,184.48; leaving a balance of $181,262.04  08/01/18 - dkt 29 - debtor valued at $912,314.52;  assets 11-26 have not been changed to reflect; the misc balance for this asset has been reduced from $181,262.04 to $107,869.96.  Of that amount the debtor states that $1,971.08 is uncollectible. | | | | | |
| 5   Office furniture | $10,057.00 | $10,057.00 | | $0.00 | FA |
| **Asset Notes:**   debtor's note: see exhibit 2 | | | | | |
| 6   Other Claims / including set off. | Unknown | $0.00 | | $0.00 | FA |
| **Asset Notes:**   debtor's note: See attached Notes, Exh. 8 | | | | | |
| 7   Bank of the West x7347 | $0.00 | $297,833.13 | | $297,833.13 | FA |
| **Asset Notes:**   06.19.18  $100 left in account upon withdrawal of funds by trustee  09.24.18  Turnover letter sent to BOTW | | | | | |
| 8   Bank of the West x5103 | $0.00 | $40,080.70 | | $42,466.28 | FA |
| **Asset Notes:**   06.19.18 - $100 left in account upon withdrawal of funds by trustee  09.24.18  Turnover letter sent to BOTW | | | | | |
| 9   Bank of the West x7099 | $0.00 | $3,165.54 | | $3,202.48 | FA |
| **Asset Notes:**   06.19.18 - $100 left in account upon withdrawal of funds by trustee  09.24.18  Turnover letter sent to BOTW | | | | | |
| 10   Bank of the West x5295 | $0.00 | $67.70 | | $67.70 | FA |
| **Asset Notes:**   06.19.18 - funds are on deposit with bank; no funds were withdrawn when trustee withdrew funds from the other accounts  09.24.18  Turnover letter sent to BOTW | | | | | |
| 11   A/R Beyond Yoga   (u) | $2,759.23 | $2,759.23 | | $2,759.23 | FA |
| **Asset Notes:**   06/22/18 - per email amendments from attorney (not filed with court)  07/26/18 - Demand letter mailed | | | | | |
| 12   A/R Buscemi LLC   (u) | $8,498.76 | $8,498.76 | | $0.00 | FA |

**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

| Case No.: | 18-12338-CMA | Trustee Name: | Edmund J. Wood |
|---|---|---|---|
| Case Name: | BORDERLINX, INC. | Date Filed (f) or Converted (c): | 06/13/2018 (f) |
| For the Period Ending: | 9/27/2021 | §341(a) Meeting Date: | 07/12/2018 |
| | | Claims Bar Date: | 09/17/2018 |

| 1 | | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|---|
| **Asset Description** **(Scheduled and** **Unscheduled (u) Property)** | | **Petition/** **Unscheduled** **Value** | **Estimated Net Value** **(Value Determined by** **Trustee,** **Less Liens, Exemptions,** **and Other Costs)** | **Property** **Abandoned** **OA =§ 554(a) abandon.** | **Sales/Funds** **Received by** **the Estate** | **Asset Fully Administered (FA)/** **Gross Value of Remaining Assets** |
| **Asset Notes:** | 06/22/18 - per email amendments from attorney (not filed with court) | | | | | |
| | 07/26/18 - Demand letter mailed | | | | | |
| | 09/21/18 - Turned over to trustee's counsel for collection | | | | | |
| **Ref. #** | | | | | | |
| 13 | A/R Cariuma                                                    (u) | $2,316.02 | $2,316.02 | | $0.00 | FA |
| **Asset Notes:** | 06/22/18 - per email amendments from attorney (not filed with court) | | | | | |
| | 07/26/18 - Demand letter mailed | | | | | |
| | 09/21/18 - Turned over to trustee's counsel for collection | | | | | |
| 14 | A/R Christie's International                                   (u) | $9,372.36 | $9,372.36 | | $9,372.36 | FA |
| **Asset Notes:** | 06/22/18 - per email amendments from attorney (not filed with court) | | | | | |
| | 07/26/18 - Demand letter mailed | | | | | |
| 15 | A/R Coffee 4 Less (Coffee Serv Inc.)                           (u) | $358.52 | $358.52 | | $0.00 | FA |
| **Asset Notes:** | 06/22/18 - per email amendments from attorney (not filed with court) | | | | | |
| | 07/26/18 - Demand letter mailed | | | | | |
| | 09/21/18 - Turned over to trustee's counsel for collection | | | | | |
| 16 | A/R Eloquii Design Inc                                         (u) | $154,648.87 | $154,648.87 | | $154,648.87 | FA |
| **Asset Notes:** | 06/22/18 - per email amendments from attorney (not filed with court) | | | | | |
| | 07/26/18 - demand letter sent | | | | | |
| | 09/21/18 - Turned over to trustee's counsel for collection | | | | | |
| 17 | A/R Marc Jacobs Int'l                                         (u) | $45,824.03 | $45,824.03 | | $0.00 | FA |
| **Asset Notes:** | 06/22/18 - per email amendments from attorney (not filed with court) | | | | | |
| | 07/26/18 - demand letter prepared & mailed | | | | | |
| | 09/21/18 - Turned over to trustee's counsel for collection | | | | | |
| 18 | A/R Marcosquared                                              (u) | $4,000.00 | $4,000.00 | | $0.00 | FA |
| **Asset Notes:** | 06/22/18 - per email amendments from attorney (not filed with court) | | | | | |
| | 07/26/18 - demand letter prepared & mailed | | | | | |
| | 09/21/18 - Turned over to trustee's counsel for collection | | | | | |
| 19 | A/R Max Studio                                                (u) | $1,927.04 | $1,927.04 | | $0.00 | FA |
| **Asset Notes:** | 6/22/18 - per email amendments from attorney (not filed with court) | | | | | |
| | 07/26/18 - demand letter prepared & mailed | | | | | |
| | 09/21/18 - Turned over to trustee's counsel for collection | | | | | |
| 20 | A/R Pacsafe                                                   (u) | $36,844.16 | $36,844.16 | | $0.00 | FA |

| Case No.: | 18-12338-CMA | | Trustee Name: | Edmund J. Wood |
|---|---|---|---|---|
| Case Name: | BORDERLINX, INC. | | Date Filed (f) or Converted (c): | 06/13/2018 (f) |
| For the Period Ending: | 9/27/2021 | | §341(a) Meeting Date: | 07/12/2018 |
| | | | Claims Bar Date: | 09/17/2018 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Value | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA =§ 554(a) abandon. | Sales/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| **Asset Notes:** 06/22/18 - per email amendments from attorney (not filed with court) | | | | | |
| 09/21/18 - Turned over to trustee's counsel for collection | | | | | |
| **Ref. #** | | | | | |
| 21   A/R Sanctuary                            (u) | $4,000.00 | $4,000.00 | | $0.00 | FA |
| **Asset Notes:** 06/22/18 - per email amendments from attorney (not filed with court) | | | | | |
| 07/26/18 - demand letter prepare and mailed | | | | | |
| 09/21/18 - Turned over to trustee's counsel for collection | | | | | |
| 22   A/R Shinesty                             (u) | $8,616.13 | $8,616.13 | | $0.00 | FA |
| **Asset Notes:** 06/22/18 - per email amendments from attorney (not filed with court) | | | | | |
| 07/26/18 - demand letter prepare and mailed | | | | | |
| 09/21/18 - Turned over to trustee's counsel for collection | | | | | |
| 23   A/R The Webster                          (u) | $7,033.32 | $7,033.32 | | $0.00 | FA |
| **Asset Notes:** 06/22/18 - per email amendments from attorney (not filed with court) | | | | | |
| 07/26/18 - demand letter prepare and mailed | | | | | |
| 09/21/18 - Turned over to trustee's counsel for collection | | | | | |
| 24   A/R ThredUp Inc                          (u) | $49,885.84 | $49,885.84 | | $0.00 | FA |
| **Asset Notes:** 06/22/18 - per email amendments from attorney (not filed with court) | | | | | |
| 07/26/18 - demand letter prepare and mailed | | | | | |
| 09/21/18 - Turned over to trustee's counsel for collection | | | | | |
| 25   A/R UBuy Co                              (u) | $1,612.56 | $1,612.56 | | $0.00 | FA |
| **Asset Notes:** 6/22/18 - per email amendments from attorney (not filed with court) | | | | | |
| 07/26/18 - demand letter prepare and mailed | | | | | |
| 09/21/18 - Turned over to trustee's counsel for collection | | | | | |
| 26   A/R Zulily                               (u) | $491,225.60 | $491,225.60 | | $268,905.75 | FA |
| **Asset Notes:** 06/22/18 - per email amendments from attorney (not filed with court) | | | | | |
| 07/26/18 - demand letter prepare and mailed | | | | | |
| 09/21/18 - Turned over to trustee's counsel for collection | | | | | |
| 01/08/19 - Proposed settlement for $268,000; need order approving | | | | | |
| 03/12/19 - dkt 57 - Order Approving Settlement | | | | | |
| 03/18/19 - funds per settlement are to arrive no later than April 11. | | | | | |
| 27   Claim v DHL Supply Chain                 (u) | $62,192.06 | $62,192.06 | | $103,386.17 | FA |
| **Asset Notes:** debtor's note:  claim for customer packages lost by DHL in their warehouse. The final amount of this claim has not been reconciled. | | | | | |

# INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT
## ASSET CASES

| Case No.: | 18-12338-CMA | | Trustee Name: | Edmund J. Wood |
|---|---|---|---|---|
| Case Name: | BORDERLINX, INC. | | Date Filed (f) or Converted (c): | 06/13/2018 (f) |
| For the Period Ending: | 9/27/2021 | | §341(a) Meeting Date: | 07/12/2018 |
| | | | Claims Bar Date: | 09/17/2018 |

| | 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|---|
| | **Asset Description**<br>**(Scheduled and**<br>**Unscheduled (u) Property)** | **Petition/**<br>**Unscheduled**<br>**Value** | **Estimated Net Value**<br>**(Value Determined by**<br>**Trustee,**<br>**Less Liens, Exemptions,**<br>**and Other Costs)** | **Property**<br>**Abandoned**<br>**OA =§ 554(a) abandon.** | **Sales/Funds**<br>**Received by**<br>**the Estate** | **Asset Fully Administered (FA)/**<br>**Gross Value of Remaining Assets** |
| | 01/23/19 - Motion to auction property which was in the possession of DHL Supply Chain; J G Murphy Co to auction @ 10% of the gross proceeds; 3% BP; labor costs of not more than $5000; cost of shipping of not less than $18,000 | | | | | |
| **Ref. #** | | | | | | |
| 28 | Propel Insurance - premium refund (prepetition payment) **(u)** | $0.00 | $668.00 | | $668.00 | FA |
| 29 | Remnant Sale to Oak Point Partners **(u)** | $0.00 | $5,000.00 | | $5,000.00 | FA |

| | | | | | Gross Value of Remaining Assets |
|---|---|---|---|---|---|
| **TOTALS (Excluding unknown value)** | $1,129,224.22 | $1,370,375.53 | | $891,375.63 | $0.00 |

**Major Activities affecting case closing:**

| | |
|---|---|
| 09/01/2020 | dkt 151 - Order Auth. Abandonment |
| 07/23/2020 | dkt 101 - Mtn to sell remnants; hearing set for 8/14/2020 |
| 08/07/2019 | Interim claim distribution made to priority claims of 100%; to unsecured claims of 18.83%; interim admin distribution to attorney, trustee and accountant. |
| 02/27/2019 | dkt 53 - Order authorizing sale of estate property; authorizing JMurphy to auction |
| 07/24/2018 | dkt 26 - Order Authorizing Employment of Foster Pepper / Foster Garvey |
| 07/09/2018 | dkt 21 - Order authorizing employment of Quackenbush & Hansen |

| Initial Projected Date Of Final Report (TFR): | 06/13/2021 | Current Projected Date Of Final Report (TFR): | 06/30/2021 | /s/ EDMUND J. WOOD |
|---|---|---|---|---|
| | | | | EDMUND J. WOOD |

# FORM 2

## CASH RECEIPTS AND DISBURSEMENTS RECORD

| | | |
|---|---|---|
| **Case No.** | 18-12338-CMA | |
| **Case Name:** | BORDERLINX, INC. | |
| **Primary Taxpayer ID #:** | **-***8663 | |
| **Co-Debtor Taxpayer ID #:** | | |
| **For Period Beginning:** | 6/13/2018 | |
| **For Period Ending:** | 9/27/2021 | |

| | |
|---|---|
| **Trustee Name:** | Edmund Wood |
| **Bank Name:** | First Sound Bank |
| **Checking Acct #:** | ******4649 |
| **Account Title:** | |
| **Blanket bond (per case limit):** | $51,601,059.00 |
| **Separate bond (if applicable):** | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| **Transaction Date** | **Check / Ref. #** | **Paid to/ Received From** | **Description of Transaction** | **Uniform Tran Code** | **Deposit $** | **Disbursement $** | **Balance** |
| 06/19/2018 | (7) | Bank of the West | account balance (x7347) | 1129-000 | $297,733.13 | | $297,733.13 |
| 06/19/2018 | (8) | Bank of the West | account balance ( x5103) | 1129-000 | $39,980.70 | | $337,713.83 |
| 06/19/2018 | (9) | Bank of the West | account balance (x7099) | 1129-000 | $3,065.54 | | $340,779.37 |
| 06/30/2018 | | First Sound Bank | Bank Service Fee | 2600-000 | | $459.28 | $340,320.09 |
| 07/02/2018 | (3) | Health Net Health Plan of OR | Refund from health plan cancellation | 1129-000 | $1,571.67 | | $341,891.76 |
| 07/25/2018 | 1000 | Pinnacle Employee Services | IRS taxes; pre-petition; docket 27 | 5800-000 | | $6,045.16 | $335,846.60 |
| 07/31/2018 | | First Sound Bank | Bank Service Fee | 2600-000 | | $494.87 | $335,351.73 |
| 08/09/2018 | (14) | Christie's | A/R balance of account | 1221-000 | $9,372.36 | | $344,724.09 |
| 08/13/2018 | (2) | PayPal | Balance of funds in account | 1129-000 | $1,493.99 | | $346,218.08 |
| 08/13/2018 | (11) | I Am Beyond Yoga | Invoice 2018-015, 2018-016 | 1221-000 | $333.01 | | $346,551.09 |
| 08/31/2018 | | First Sound Bank | Bank Service Fee | 2600-000 | | $496.81 | $346,054.28 |
| 09/07/2018 | (11) | I AM BEYOND YOGA | A/R | 1221-000 | $2,426.22 | | $348,480.50 |
| 09/30/2018 | | First Sound Bank | Bank Service Fee | 2600-000 | | $645.55 | $347,834.95 |
| 10/01/2018 | (16) | Eloquii | balance of account | 1221-000 | $154,648.87 | | $502,483.82 |
| 10/11/2018 | (7) | Bank of the West | account balance (x7347) | 1129-000 | $100.00 | | $502,583.82 |
| 10/11/2018 | (8) | Bank of the West | account balance (x5103) | 1129-000 | $2,485.58 | | $505,069.40 |
| 10/11/2018 | (9) | Bank of the West | account baance (x7099) | 1129-000 | $136.94 | | $505,206.34 |
| 10/11/2018 | (10) | Bank of the West | account balance (x5295) | 1129-000 | $67.70 | | $505,274.04 |
| 10/31/2018 | | First Sound Bank | Bank Service Fee | 2600-000 | | $709.14 | $504,564.90 |
| 11/30/2018 | | First Sound Bank | Bank Service Fee | 2600-000 | | $709.51 | $503,855.39 |
| 12/31/2018 | | First Sound Bank | Bank Service Fee | 2600-000 | | $708.57 | $503,146.82 |
| 01/31/2019 | | First Sound Bank | Bank Service Fee | 2600-000 | | $707.64 | $502,439.18 |
| 02/14/2019 | 1001 | Pinnacle Employee Services | preparation of 2018 W-2s; per order; docket 45 | 5800-000 | | $1,517.25 | $500,921.93 |
| 02/28/2019 | | First Sound Bank | Bank Service Fee | 2600-000 | | $706.14 | $500,215.79 |
| 03/22/2019 | 1002 | International Sureties, Ltd | bond #016027975; pro-rata portion | 2300-000 | | $181.39 | $500,034.40 |
| 03/31/2019 | | First Sound Bank | Bank Service Fee | 2600-000 | | $703.74 | $499,330.66 |
| 04/03/2019 | (26) | Zulily | Settlement of A/R | 1221-000 | $268,905.75 | | $768,236.41 |
| | | | | SUBTOTALS | $782,201.66 | $14,085.05 | |

## CASH RECEIPTS AND DISBURSEMENTS RECORD

| | | |
|---|---|---|
| **Case No.** | 18-12338-CMA | |
| **Case Name:** | BORDERLINX, INC. | |
| **Primary Taxpayer ID #:** | **-***8663 | |
| **Co-Debtor Taxpayer ID #:** | | |
| **For Period Beginning:** | 6/13/2018 | |
| **For Period Ending:** | 9/27/2021 | |

| | |
|---|---|
| **Trustee Name:** | Edmund Wood |
| **Bank Name:** | First Sound Bank |
| **Checking Acct #:** | ******4649 |
| **Account Title:** | |
| **Blanket bond (per case limit):** | $51,601,059.00 |
| **Separate bond (if applicable):** | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| **Transaction Date** | **Check / Ref. #** | **Paid to/ Received From** | **Description of Transaction** | **Uniform Tran Code** | **Deposit $** | **Disbursement $** | **Balance** |
| 04/15/2019 | | James G. Murphy Company | Auction proceeds. | * | $58,394.15 | | $826,630.56 |
| | {27} | | Sale of Personal Property $100,926.17 | 1249-000 | | | $826,630.56 |
| | | | James G Murphy - Commissions $(10,092.62) | 3610-000 | | | $826,630.56 |
| | | | James G. Murphy - Auction Expenses $(32,439.40) | 3620-000 | | | $826,630.56 |
| 04/30/2019 | | First Sound Bank | Bank Service Fee | 2600-000 | | $1,059.80 | $825,570.76 |
| 05/09/2019 | (28) | Propel Insurance | Refund of pre-petition insurance premium | 1229-000 | $668.00 | | $826,238.76 |
| 05/31/2019 | | First Sound Bank | Bank Service Fee | 2600-000 | | $1,132.89 | $825,105.87 |
| 06/12/2019 | 1003 | WA ST Employment Security Department | Claim #2; 100% dividend; Account #8005 | 5800-000 | | $6,332.35 | $818,773.52 |
| 06/12/2019 | 1004 | Ivy Rayner | Claim #3; 18.83% dividend /stop payment | 7100-003 | | $136.52 | $818,637.00 |
| 06/12/2019 | 1005 | Unique Vintage Inc. | Claim #4; 18.83% dividend | 7100-000 | | $470.76 | $818,166.24 |
| 06/12/2019 | 1006 | APC Postal Logistics, LLC | Claim #5; 18.83% dividend | 7100-000 | | $83,807.73 | $734,358.51 |
| 06/12/2019 | 1007 | Sebastian Di Mateo | Claim #6; 18.83% dividend | 7100-000 | | $64.25 | $734,294.26 |
| 06/12/2019 | 1008 | DHL | Claim #7; 18.83% dividend; Acct #5400 | 7100-000 | | $259,191.19 | $475,103.07 |
| 06/12/2019 | 1009 | Exel, Inc. dba DHL Supply Chain (USA) | Claim #9; 18.83% dividend | 7100-000 | | $103,702.99 | $371,400.08 |
| 06/12/2019 | 1010 | ThredUp Inc. | Claim #10; 18.83% dividend | 7100-000 | | $46,294.21 | $325,105.87 |
| 06/30/2019 | | First Sound Bank | Bank Service Fee | 2600-000 | | $909.48 | $324,196.39 |
| 07/31/2019 | | First Sound Bank | Bank Service Fee | 2600-000 | | $472.23 | $323,724.16 |
| 08/07/2019 | 1011 | Edmund Wood | Interim fees & costs; dkt 126 | * | | $35,043.14 | $288,681.02 |
| | | | Interim fees $(34,915.70) | 2100-000 | | | $288,681.02 |
| | | | expenses $(127.44) | 2200-000 | | | $288,681.02 |
| 08/07/2019 | 1012 | Foster Pepper, LLC | Interim fees & costs; dkt 126 | 3210-000 | | $37,016.00 | $251,665.02 |
| 08/07/2019 | 1013 | Quackenbush Hansen & Cogar, CPAs, PLLC | Interim fees & costs; dkt 126 | * | | $1,635.65 | $250,029.37 |
| | | | Interim fees $(1,522.50) | 3410-000 | | | $250,029.37 |
| | | | expenses $(113.15) | 3420-000 | | | $250,029.37 |
| 08/20/2019 | 1014 | Marc Jacobs International, LLC | Claim #8; dkt #134; pro rata distribution | 7100-000 | | $144,504.49 | $105,524.88 |
| 08/30/2019 | 1015 | Pinnacle | Claim #1; 18.83% dividend; per order dkt 133 | 7100-000 | | $1,588.69 | $103,936.19 |
| 08/31/2019 | | First Sound Bank | Bank Service Fee | 2600-000 | | $401.61 | $103,534.58 |
| 09/30/2019 | | First Sound Bank | Bank Service Fee | 2600-000 | | $321.73 | $103,212.85 |
| | | | SUBTOTALS | | $59,062.15 | $724,085.71 | |

# CASH RECEIPTS AND DISBURSEMENTS RECORD

| | | | | | | |
|---|---|---|---|---|---|---|
| **Case No.** | 18-12338-CMA | | | **Trustee Name:** | Edmund Wood | |
| **Case Name:** | BORDERLINX, INC. | | | **Bank Name:** | First Sound Bank | |
| **Primary Taxpayer ID #:** | **-***8663 | | | **Checking Acct #:** | ******4649 | |
| **Co-Debtor Taxpayer ID #:** | | | | **Account Title:** | | |
| **For Period Beginning:** | 6/13/2018 | | | **Blanket bond (per case limit):** | $51,601,059.00 | |
| **For Period Ending:** | 9/27/2021 | | | **Separate bond (if applicable):** | | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| **Transaction Date** | **Check / Ref. #** | **Paid to/ Received From** | **Description of Transaction** | **Uniform Tran Code** | **Deposit $** | **Disbursement $** | **Balance** |
| 10/31/2019 | | First Sound Bank | Bank Service Fee | 2600-000 | | $181.19 | $103,031.66 |
| 11/30/2019 | | First Sound Bank | Bank Service Fee | 2600-000 | | $180.95 | $102,850.71 |
| 12/31/2019 | | First Sound Bank | Bank Service Fee | 2600-000 | | $180.71 | $102,670.00 |
| 01/31/2020 | | First Sound Bank | Bank Service Fee | 2600-000 | | $180.47 | $102,489.53 |
| 02/29/2020 | | First Sound Bank | Bank Service Fee | 2600-000 | | $180.24 | $102,309.29 |
| 03/31/2020 | | First Sound Bank | Bank Service Fee | 2600-000 | | $180.00 | $102,129.29 |
| 04/01/2020 | 1016 | International Sureties, Ltd | 2020 bond premium (prorate) | 2300-000 | | $36.37 | $102,092.92 |
| 04/16/2020 | 1016 | VOID: International Sureties, Ltd | incorrect amount | 2300-003 | | ($36.37) | $102,129.29 |
| 04/16/2020 | 1017 | International Sureties, Ltd | Bond - pro rata - premium | 2300-000 | | $43.33 | $102,085.96 |
| 04/30/2020 | | First Sound Bank | Bank Service Fee | 2600-000 | | $179.76 | $101,906.20 |
| 05/31/2020 | | First Sound Bank | Bank Service Fee | 2600-000 | | $179.47 | $101,726.73 |
| 06/30/2020 | | First Sound Bank | Bank Service Fee | 2600-000 | | $179.23 | $101,547.50 |
| 07/17/2020 | | James G. Murphy Company | Second auction of property | * | $1,874.80 | | $103,422.30 |
| | {27} | | Gross sale proceeds　$2,460.00 | 1249-000 | | | $103,422.30 |
| | | | James G. Murphy Co. - auction expenses　$(339.20) | 3620-000 | | | $103,422.30 |
| | | | James G. Murphy Co. - auction commission　$(246.00) | 3610-000 | | | $103,422.30 |
| 07/31/2020 | | First Sound Bank | Bank Service Fee | 2600-000 | | $179.95 | $103,242.35 |
| 08/12/2020 | (29) | Oak Point Partners | remnants sale | 1229-000 | $5,000.00 | | $108,242.35 |
| 08/31/2020 | | United States Treasury | Refund of 940 tax 2018 | 2990-000 | | ($341.29) | $108,583.64 |
| 08/31/2020 | | First Sound Bank | Bank Service Fee | 2600-000 | | $185.49 | $108,398.15 |
| 09/30/2020 | | First Sound Bank | Bank Service Fee | 2600-000 | | $188.02 | $108,210.13 |
| 01/11/2021 | 1004 | STOP PAYMENT: Ivy Rayner | Claim #3; 18.83% dividend; check mailed to creditor; not returned/remains uncashed | 7100-004 | | ($136.52) | $108,346.65 |
| 01/11/2021 | 1007 | VOID: Sebastian Di Mateo | check returned by creditor; small amount difficult to deposit where he's at; hold to closing and send all funds at once | 7100-003 | | ($64.25) | $108,410.90 |
| 02/09/2021 | | First Sound Bank | refund of stop payment fee | 1290-002 | $25.00 | | $108,435.90 |

SUBTOTALS　$6,899.80　$1,676.75

# FORM 2

## CASH RECEIPTS AND DISBURSEMENTS RECORD

| | | |
|---|---|---|
| **Case No.** | 18-12338-CMA | |
| **Case Name:** | BORDERLINX, INC. | |
| **Primary Taxpayer ID #:** | **-***8663 | |
| **Co-Debtor Taxpayer ID #:** | | |
| **For Period Beginning:** | 6/13/2018 | |
| **For Period Ending:** | 9/27/2021 | |

| | |
|---|---|
| **Trustee Name:** | Edmund Wood |
| **Bank Name:** | First Sound Bank |
| **Checking Acct #:** | ******4649 |
| **Account Title:** | |
| **Blanket bond (per case limit):** | $51,601,059.00 |
| **Separate bond (if applicable):** | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| **Transaction Date** | **Check / Ref. #** | **Paid to/ Received From** | **Description of Transaction** | | **Uniform Tran Code** | **Deposit $** | **Disbursement $** | **Balance** |
| 02/09/2021 | | First Sound Bank | bank fee - stop payment - charged on 1/11/2021 | | 2600-000 | | $25.00 | $108,410.90 |
| 02/22/2021 | 1018 | Edmund Wood | Per final order | | * | | $13,018.08 | $95,392.82 |
| | | | compensation | $(12,903.08) | 2100-000 | | | $95,392.82 |
| | | | expenses | $(115.00) | 2200-000 | | | $95,392.82 |
| 02/22/2021 | 1019 | Foster Garvey PC | per final order | | * | | $11,562.65 | $83,830.17 |
| | | | expenses | $(246.15) | 3220-000 | | | $83,830.17 |
| | | | fees | $(11,316.50) | 3210-000 | | | $83,830.17 |
| 02/22/2021 | 1020 | Quackenbush Hansen & Cogar, CPAs, PLLC | per final order | | * | | $10,759.29 | $73,070.88 |
| | | | fees | $(10,657.25) | 3410-000 | | | $73,070.88 |
| | | | costs | $(102.04) | 3420-000 | | | $73,070.88 |
| 02/22/2021 | 1021 | Pinnacle | Claim #1; distribution 21.6% | | 7100-000 | | $233.78 | $72,837.10 |
| 02/22/2021 | 1022 | Ivy Rayner | Claim #3; distribution 21.6% | | 7100-000 | | $156.61 | $72,680.49 |
| 02/22/2021 | 1023 | Unique Vintage Inc. | Claim #4; distribution 21.6% | | 7100-000 | | $69.26 | $72,611.23 |
| 02/22/2021 | 1024 | APC Postal Logistics, LLC | Claim #5; distribution 21.6% | | 7100-000 | | $12,331.15 | $60,280.08 |
| 02/22/2021 | 1025 | Maria Lang fbo Sebastian DIMateo | Claim #: 6; Distribution Dividend: 21.60; Account Number: ; | | 7100-000 | | $73.70 | $60,206.38 |
| 02/22/2021 | 1026 | DHL | claim #7; Distribution 21.6%; Acct #x5400; | | 7100-000 | | $38,136.38 | $22,070.00 |
| 02/22/2021 | 1027 | Exel, Inc. dba DHL Supply Chain (USA) | Claim #9; distribution 21.6%; | | 7100-000 | | $15,258.45 | $6,811.55 |
| 02/22/2021 | 1028 | ThredUp Inc. | Claim #: 10; Distribution Dividend: 21.60; Account Number: ; | | 7100-000 | | $6,811.55 | $0.00 |
| 07/08/2021 | 1022 | STOP PAYMENT: Ivy Rayner | Claim #3; distribution 21.6% | | 7100-004 | | ($156.61) | $156.61 |
| 07/08/2021 | 1028 | VOID: ThredUp Inc. | | | 7100-003 | | ($6,811.55) | $6,968.16 |
| 07/08/2021 | 1029 | U.S. Bankruptcy Court | Unclaimed funds | | * | | $6,968.15 | $0.01 |
| | | | Clm 3, Ivy Rayner, $156.61 | $(156.61) | 7100-000 | | | $0.01 |
| | | | Clm #10, ThredUp, $6,811.54 | $(6,811.54) | 7100-000 | | | $0.01 |
| 07/21/2021 | | CLERK, U.S. BANKRUPTCY COURT | | | * | | $6,968.15 | ($6,968.14) |
| | | | Clm 3, Ivy Rayner, $156.61 | $(156.61) | 7100-001 | | | ($6,968.14) |
| | | | Clm #10, ThredUp, $6,811.54 | $(6,811.54) | 7100-000 | | | ($6,968.14) |

SUBTOTALS    $0.00    $115,404.04

# FORM 2
## CASH RECEIPTS AND DISBURSEMENTS RECORD

| Case No. | 18-12338-CMA | | | Trustee Name: | Edmund Wood |
| Case Name: | BORDERLINX, INC. | | | Bank Name: | First Sound Bank |
| Primary Taxpayer ID #: | **-***8663 | | | Checking Acct #: | ******4649 |
| Co-Debtor Taxpayer ID #: | | | | Account Title: | |
| For Period Beginning: | 6/13/2018 | | | Blanket bond (per case limit): | $51,601,059.00 |
| For Period Ending: | 9/27/2021 | | | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| 07/21/2021 | 1029 | VOID: U.S. Bankruptcy Court | clerk already deposited check - TES will make correcting entry | * | | ($6,968.15) | $0.01 |
| | | | Clm 3, Ivy Rayner, $156.61                    $156.61 | 7100-003 | | | $0.01 |
| | | | Clm #10, ThredUp, $6,811.54             $6,811.54 | 7100-003 | | | $0.01 |
| 07/21/2021 | 1030 | U.S. Bankruptcy Court | Unclaimed funds: Claim #3 and 10 | * | | $6,968.16 | ($6,968.15) |
| | | | Claim #3 - Ivy Rayner               $(156.61) | 7100-000 | | | ($6,968.15) |
| | | | Claim #10 - Thred UP             $(6,811.55) | 7100-000 | | | ($6,968.15) |
| 07/22/2021 | 1030 | VOID: U.S. Bankruptcy Court | voided because check #1029 was deposited - and the balance owed to the court is .01 | * | | ($6,968.16) | $0.01 |
| | | | Claim #3 - Ivy Rayner                  $156.61 | 7100-003 | | | $0.01 |
| | | | Claim #10 - Thred UP                 $6,811.55 | 7100-003 | | | $0.01 |
| 07/22/2021 | 1031 | U.S. BANKRUPTCY COURT | Balance of unclaimed funds turnover | 7100-000 | | $0.01 | $0.00 |

| | | | | |
|---|---|---|---|---|
| | **TOTALS:** | $848,283.41 | $848,283.41 | $0.00 |
| | **Less: Bank transfers/CDs** | $0.00 | $0.00 | |
| | **Subtotal** | $848,283.41 | $848,283.41 | |
| | **Less: Payments to debtors** | $0.00 | $0.00 | |
| | **Net** | $848,283.41 | $848,283.41 | |

| For the period of 6/13/2018 to 9/27/2021 | | For the entire history of the account between 06/19/2018 to 9/27/2021 | |
|---|---|---|---|
| Total Compensable Receipts: | $891,375.63 | Total Compensable Receipts: | $891,375.63 |
| Total Non-Compensable Receipts: | $0.00 | Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $891,375.63 | Total Comp/Non Comp Receipts: | $891,375.63 |
| Total Internal/Transfer Receipts: | $0.00 | Total Internal/Transfer Receipts: | $0.00 |
| | | | |
| Total Compensable Disbursements: | $891,400.63 | Total Compensable Disbursements: | $891,400.63 |
| Total Non-Compensable Disbursements: | $25.00 | Total Non-Compensable Disbursements: | $25.00 |
| Total Comp/Non Comp Disbursements: | $891,425.63 | Total Comp/Non Comp Disbursements: | $891,425.63 |
| Total Internal/Transfer Disbursements: | $0.00 | Total Internal/Transfer Disbursements: | $0.00 |

# FORM 2
## CASH RECEIPTS AND DISBURSEMENTS RECORD

| | |
|---|---|
| **Case No.** | 18-12338-CMA |
| **Case Name:** | BORDERLINX, INC. |
| **Primary Taxpayer ID #:** | **-***8663 |
| **Co-Debtor Taxpayer ID #:** | |
| **For Period Beginning:** | 6/13/2018 |
| **For Period Ending:** | 9/27/2021 |

| | |
|---|---|
| **Trustee Name:** | Edmund Wood |
| **Bank Name:** | First Sound Bank |
| **Checking Acct #:** | ******4649 |
| **Account Title:** | |
| **Blanket bond (per case limit):** | $51,601,059.00 |
| **Separate bond (if applicable):** | |

| 1 | 2 | 3 | 4 | | Uniform Tran Code | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | | | Deposit $ | Disbursement $ | Balance |

| | TOTAL - ALL ACCOUNTS | NET DEPOSITS | NET DISBURSE | ACCOUNT BALANCES |
|---|---|---|---|---|
| | | $848,283.41 | $848,283.41 | $0.00 |

**For the period of 6/13/2018 to 9/27/2021**

| | |
|---|---|
| Total Compensable Receipts: | $891,375.63 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $891,375.63 |
| Total Internal/Transfer Receipts: | $0.00 |
| | |
| Total Compensable Disbursements: | $891,400.63 |
| Total Non-Compensable Disbursements: | $25.00 |
| Total Comp/Non Comp Disbursements: | $891,425.63 |
| Total Internal/Transfer Disbursements: | $0.00 |

**For the entire history of the case between 06/13/2018 to 9/27/2021**

| | |
|---|---|
| Total Compensable Receipts: | $891,375.63 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $891,375.63 |
| Total Internal/Transfer Receipts: | $0.00 |
| | |
| Total Compensable Disbursements: | $891,400.63 |
| Total Non-Compensable Disbursements: | $25.00 |
| Total Comp/Non Comp Disbursements: | $891,425.63 |
| Total Internal/Transfer Disbursements: | $0.00 |

/s/ EDMUND WOOD

EDMUND WOOD